UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS NAVARRETTE,<br>　　　　Plaintiff,<br>　　v.<br>5 - KEYS CHARTER SCHOOL, et al.,<br>　　　　Defendants. | Case No. 20-cv-02579-PJH<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 45, 46 |

The court is in receipt of two documents from plaintiff (Dkt. 45, 46) requesting extensions of time to respond to pending motions from defendants County of Butte and Five Keys Schools and Programs. Good cause appearing, the court **GRANTS** plaintiff's motions for extension of time to respond.

Plaintiff's responses to both motions must be postmarked no later than April 9, 2021, which is two weeks after the date his request was filed on the docket. Defendants may file replies to plaintiff's responses. Such replies must be filed within seven days after plaintiff's response is filed on the docket.

The April 22, 2021, hearing date for defendants' motions is **VACATED**, in view of plaintiff's incarcerated status, and the motions will be decided on the papers.

Plaintiff's motion for appointment of counsel (Dkt. 32) is pending his contact with the pro se help desk (FedPro@SFBar.org or 415.782.8982).

//

//

//

1 **IT IS SO ORDERED.**

2 Dated: April 1, 2021

3 /s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
4 United States District Judge