UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS NAVARRETTE,<br>　　　　Plaintiff,<br>　　v.<br>5 - KEYS CHARTER SCHOOL,<br>　　　　Defendant. | Case No. 20-cv-02579-PJH<br><br>**ORDER** |

　　Plaintiff's second amended complaint was filed July 6, 2021. Defendant Five Keys' answer to the second amended complaint was filed July 21, 2021. Given plaintiff's custodial status, a case management conference cannot be held. However, the court requires a case management statement from each remaining party so that a pretrial schedule may be entered. To that end, the parties must file separate case management statements no later than **September 16, 2021**. Each party's statement shall set out proposals for discovery, including methods and deadlines, and a proposed schedule for summary judgment briefing. The court will issue a written order regarding case deadlines and procedures based on the parties' proposals. A trial date will be scheduled only if this matter survives summary judgment.

　　Plaintiff is again reminded that he should contact the Legal Help Center for free advice on his case by calling 415-782-8982. Additional information about the Help Center is also available at: https://cand.uscourts.gov/about/court-programs/legal-help-desks/. As plaintiff was previously advised, the court will not entertain a motion to

reconsider appointment of counsel until after plaintiff has consulted with the Legal Help Center.

**IT IS SO ORDERED.**

Dated: August 18, 2021

                                                */s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge